# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:19-cv-06014-RGK-Ex                   Date 12/22/2020

Title: Michael R. Augustine v. Transamerica Life Insurance Company et al

Present: The Honorable R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Joseph Remigio | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 10/16/2020 [99].

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer        jre

CV-74 (10/08)                    CIVIL MINUTES -REOPENING/CLOSING